## Case No. 2,252.

### BUTTERWORTH v. The LYNAN.

[Nowhere reported; opinion not now accessible.]